Signed: December 27, 2013

**SO ORDERED
HEARING ON CONFIRMATION WILL BE HELD ON FEBRUARY 26, 2014 @ 2:00 P.M. *** DEBTOR(S)/COUNSEL SHALL MAIL (1) A COPY OF THIS ORDER INDICATING THE CONFIRMATION HEARING DATE AND TIME AND CERTIFY SERVICE TO ALL CREDITORS AND PARTIES REQUESTING NOTICE.*****



*James F. Schneider*
**JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   13–16177 – JS   Chapter:   13

| Timothy Lee Trout | Denise Lynn Trout |
|---|---|
| 12230 Detour Road | 12230 Detour Road |
| Keymar, MD 21757 | Keymar, MD 21757 |

## ORDER VACATING ORDER
## <u>DISMISSING CASE</u>

    This matter comes before the Court on the motion of the Debtor(s) to reconsider its Order dismissing this case. The Court having considered the motion, it is, by the United States Bankruptcy Court for the District of Maryland,

    ORDERED, that the Order dismissing this case is vacated.


cc:   Debtor(s)
      Attorney for Debtor(s) – Haven N. Shoemaker Jr.
      Chapter 13 Trustee – Ellen W. Cosby
      All Creditors

### End of Order

15.3 – 01/14/13 – *kgoodwin*